RTBL^e on the third monday in September 1807

James May

vs

Joseph Campeau

Sol^o Sibley att^y for ptff

TERRITORY OF MICHIGAN, TO WIT—

THE UNITED STATES *to the Marshall of the territory of Michigan* GREET-
ING: You are hereby Commanded to take Joseph Campeau if he may be
found within the territory of Michigan, and him Safely Keep, So that you
may have his body before our Judges of our Supreme Court, at Detroit, on
the third monday in September instant then & there in our Said court, be-
fore our Judges, to answer James May in a plea of trespass on the case, In
trover, for wheat and flour to the damage of the Said James May as is Said,
two thousand dollars which Shall then & there be made to appear with
other damages; and of this writ make due return. WITNESS Augustus B.
Woodward chief Judge of our Said court, at Detroit, the Seventh day of
September, one thousand eight hundred Seven.    PETER AUDRAIN, clerk

[In the handwriting of Peter Audrain]